



BNY Mellon Center
500 Grant Street
Suite 2500
Pittsburgh, PA  15219
☎ 412.391.1334   📠 412.391.6984

JOHN R. GOTASKIE, JR.
Direct No: 412.394.5528
Email: JGotaskie@FoxRothschild.com

**Application GRANTED.  The initial pretrial conference is adjourned to January 4, 2024, at 11:00 a.m. (E.T.).**  The parties are instructed to dial 1 646-453-4442, enter the meeting code 145908336, and press pound (#). The parties shall submit their joint letter and proposed case management plan, as instructed at ECF No. 12, by **December 28, 2023**.

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: December 4, 2023
New York, New York

December 1, 2023

**VIA ECF**

The Honorable Dale E. Ho
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

The Clerk of Court is respectfully requested to terminate the motion at ECF No. 13.

**Re:   ATI Ladish, LLC v. WheelTug Limited and WheelTug Works LLC (Case No. 1:23-cv-09108)**

Dear Judge Ho:

    This Firm represents Plaintiff, ATI Ladish, LLC ("ATI"), in the above-referenced civil action. Pursuant to Your Honor's Individual Rules, I write with the consent of counsel for Defendants, WheelTug Limited and WheelTug Works LLC ("Defendants"), John Maggio, Esq., to request an adjournment of the Initial Case Management Conference (the "Conference") presently scheduled for December 14, 2023 at 11:30 AM. Specifically, due to the fact that I am scheduled to appear in the Eastern District of Virginia for a preliminary injunction hearing at that same date and time, I respectfully request an adjournment of the Conference for a date in early January. Counsel for Defendants does not oppose this request.

    Separately, I write to provide the Court with a brief update relating to service of process. On October 26, 2023, WheelTug Works LLC was served with the Summons and Complaint. A copy of the Affidavit of Service is attached hereto as Exhibit A. ATI has been unable to effectuate service on WheelTug Limited at its registered corporate address in Oregon. Opposing counsel, Mr. Maggio, has agreed, however, to accept service on behalf

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Massachusetts   Minnesota   Missouri
Nevada   New Jersey   New York   North Carolina   Oklahoma   Pennsylvania   South Carolina   Texas   Washington



The Honorable Dale E. Ho
December 1, 2023
Page 2

of WheelTug Limited. The parties intend to complete and file (a) an acceptance of service form and (b) a stipulation and proposed order memorializing their agreement that Defendants will have until December 29, 2023, to answer or otherwise respond to the Complaint.

      We thank the Court in its advance for its time and consideration.

Respectfully submitted,

John R. Gotaskie, Jr.

Attachment

Cc:    John Maggio, Esq. (via email Jmaggio@condonlaw.com)