UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATI LADISH, LLC,<br><br>                          Plaintiff(s),<br><br>            v.<br><br>WHEELTUG LIMITED, et al.,<br><br>                          Defendant(s). | 23 CV 9108 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On **December 28, 2023,** the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for January 4, 2024, at 11:00 a.m. (E.T.). No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.** If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar.

In the proposed case management plan, the parties noted their interest in referral to a magistrate judge after the conclusion of fact discovery. *See* ECF 20. If the parties wish to proceed with a referral, they shall file a letter on ECF indicating their request.

The case management plan and scheduling order will issue separately.

SO ORDERED.

Dated: January 2, 2024
       New York, New York

                                                DALE E. HO
                                     United States District Judge