UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATI LADISH LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>WHEELTUG LIMITED, et al.,<br><br>      Defendants. | 23-CV-9108 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  As discussed on the record before the Court on August 8, 2024, the following deadlines shall apply:

- **September 20, 2024**: Plaintiff shall file its opening motion for summary judgment;

- **October 31, 2024**: Defendants shall file their opposition to Plaintiff's motion for summary judgment, and the parties shall jointly file a letter on ECF updating the Court on the status of their settlement negotiations; and

- **November 21, 2024**: Plaintiff shall file its reply in further support of its motion for summary judgment.

  SO ORDERED.

Dated: August 8, 2024
    New York, New York

                             DALE E. HO
                             United States District Judge