USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/17/2026

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ATI LADISH LLC, | Case No. 1:23-cv-09108 |
| Plaintiff, | |
| v. | |
| WHEELTUG LIMITED, and WHEELTUG WORKS, LLC, | |
| Defendants. | |

## CONSENT JUDGMENT

IT IS HEREBY CONSENTED TO AND AGREED that, pursuant to the settlement agreement (the "Settlement Agreement") by and among ATI Ladish, LLC, a Wisconsin limited liability company ("ATI"), on the one hand, and WheelTug Limited, an Oregon corporation ("WheelTug Limited"), and WheelTug Works LLC ("WheelTug Works"), on the other hand (collectively, the "Defendants"), and pursuant to which Settlement Agreement, WheelTug Limited has consented to the entry of this Consent Judgment against it as set forth below, it is hereby

**ORDERED, ADJUDGED AND DECREED**, that

1. In accordance with the Settlement Agreement, ATI shall have judgment against WheelTug Limited in the amount of $2,500,000.00. Collection efforts may proceed against WheelTug Limited immediately following entry of this Consent Judgment.

2. By signing this Consent Judgment, WheelTug Limited acknowledges that (a) its authorized representative has reviewed this Consent Judgment and the Settlement Agreement with an attorney of their choosing; (b) the undersigned representative is authorized to execute this Consent Judgment on behalf of WheelTug Limited; and (c) WheelTug Limited's authorized

representative has reviewed this Consent Judgment and is satisfied that they understand the terms of this Consent Judgment.

3.      This Consent Judgment constitutes a judgment under Federal Rules of Civil Procedure 54 and 58, and the Clerk of the United States District Court for the Southern District of New York is authorized and directed to docket this Consent Judgment as a judgment against WheelTug Limited.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated:  April 17, 2026
        New York, New York

WHEELTUG LIMITED, Defendant

By: _____

Print Name: _ISAIAH   COX_

Its: _PresidenT_